IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00135-PSF-CBS

OLEG KADEMIYA,

    Plaintiff,

v.

HUNTER DOUGLAS WINDOW FASHIONS, INC.,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    On September 8, 2005, parties submitted a Stipulated Protective Order to the court. Upon review, the tendered document is **ACCEPTED** for filing as of the date of this minute order.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    September 12, 2005