IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00135-PSF-CBS

OLEG KADEMIYA,

    Plaintiff,

v.

HUNTER DOUGLAS WINDOW FASHIONS, INC.,

    Defendant.

## ORDER TO RESET FINAL TRIAL PREPARATION CONFERENCE

This matter is before the Court *sua sponte*. The final trial preparation conference in the above-referenced case, currently set for August 11, 2006, is RESET to **Wednesday, August 9, 2006 at 8:30 a.m.**

DATED: July 7, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge