IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-CV-135-PSF-CBS

OLEG KADEMIYA,

     Plaintiff,

vs.

HUNTER DOUGLAS WINDOW FASHIONS, INC.,

     Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

     This matter has come before the Court on the parties' Stipulated Motion for Order for Dismissal with Prejudice (Dkt. # 58).  The Court, being fully advised, hereby approves the parties' Stipulation and:

     IT IS ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE, each party to bear his or its own attorneys' fees and costs.

     The Court further ORDERS that the terms of the Agreement between the parties pursuant to which the Stipulation and Order of Dismissal with Prejudice have been entered are to be kept strictly confidential by plaintiff and that any disclosure of such terms except to except to his immediate family, tax advisor or as may be required by law may constitute contempt of Court for which this Court may enter such sanctions as are appropriate.  As a further exception to this confidentiality provision, Kademiya and his counsel may disclose any aspect of the tax treatment and tax structure of this settlement, but not the amount, to any third party.

     DATED: August 4, 2006

                  BY THE COURT:

                  *s/ Phillip S. Figa*

                  _____
                  Phillip S. Figa
                  United States District Judge